IN THE UNITED STATES COURT FOR THE
DISTRICT OF MARYLAND

14-2337 BPG

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Milton Lynn, Homeland Security Investigations (HSI), being duly sworn, do state as follows: I have knowledge of the facts set forth below as a direct result of my participation in this investigation as well as from my review of reports from, and discussions with, and other law enforcement personnel.

1. This affidavit is submitted in support of a criminal complaint charging Juan MORALES FBI# 645748RD2, with the violation of Title 18 United States Code, Section 1073, Unlawful Flight to Avoid Prosecution, Custody or Confinement.

2. On or about October 6, 2014, at approximately 10:23 p.m., uniformed officers with the Baltimore Police Department where on patrol in the Southeast part of Baltimore City when they were approached by a neighborhood resident who advised that her friend, Claudia PARODI, had not been seen for an extended period of time, and was not responding to attempts to contact her in person at her apartment or via her cellular phone. Members of the BPD and BCFD forced entry into the PARODI's apartment, 719 S. Bond, Street, in Baltimore, Maryland. Immediately upon entry, a large amount of blood was found, along with PARODI's body, who appeared to have been stabbed numerous times. PARODI was pronounced dead by BCFD paramedics at 10:55 PM.

3. Baltimore Police Homicide Detectives subsequently conducted numerous witness interviews, executed search warrants, and conducted forensic examinations which subsequently resulted in the identification of Juan MORALES, aka Jose LOPEZ, aka Jose Juan MORALES Lopez as the suspect in the murder of PARODI. MORALES and PARODI had lived together at the time of the murder.

4. On October 9, 2014 at approximately 2:12 a.m., an arrest warrant was issued by the District Court of Maryland for Baltimore City charging MORALES with 1st degree Murder, 2nd degree Murder, and 1st Degree Assault, all felonies charges in the state of Maryland.

5. During the subsequent investigation by the Baltimore Police Department and HSI, it was determined that immediately following the murder, MORALES had fled the state of Maryland and was believed to be in the State of Texas. Since the discovery of PARODI's body, MORALES has not returned to his Maryland place of employment; has not picked up his most recent pay check; and a credit card in MORALES name was used in Moore, Texas, approximately 30 minutes from San Antonio.

6. As of the current date, MORALES is still at large. MORALES is believed to be of Mexican nationality, and it is further believed that MORALES ultimate destination is Mexico.

7. Over the past week, Detectives with the Baltimore Police Department, Special Agents with HSI, and various law enforcement agencies in Texas have made attempts to attempt to locate MORALES. Law Enforcement officers believe that MORALES is no longer in the State of Maryland.

8. Based upon the foregoing facts and circumstances, your affiant submits that there is probable cause to believe that the individual known as Juan MORALES, aka Jose LOPEZ, aka Jose Juan MORALES Lopez has fled the State of Maryland to avoid prosecution, in violation of Title 18 of the United States Code Section 1073.

Milton Lynn
Special Agent HSI

Subscribed and sworn before me on this 15TH day of October, 2014.

Beth P. Gesner
United States Magistrate Judge

2